**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ADRIAN T. ALFORD,

       Plaintiff,

vs.                                          CASE NO. 5:05cv227/RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

       Defendant.

_____/

## ORDER

     Before the court is the Magistrate Judge's Report and Recommendation (Doc. 18).  Plaintiff has not filed objections.

     **IT IS ORDERED**:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is reversed and remanded for reconsideration consistent with the magistrate judge's Report and Recommendation.

ORDERED on November 29, 2006.

              /S/ Richard Smoak_____
              **RICHARD SMOAK**
              **UNITED STATES DISTRICT JUDGE**